In the Matter of the Application of JAMES MANDEVILLE CARLISLE for Admission to Practice as an Attorney. (From the District of Columbia.) — Application granted. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

In the Matter of the Application of HENRY APPLETON FEDERA for Admission to Practice as an Attorney. (From the State of Kentucky.) — Application granted. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

In the Matter of the Application of SAMUEL RIAF for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

THIRD DEPARTMENT, JUNE, 1951.

(June 29, 1951.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE CONDON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Application for an extension of time within which to perfect appeal. Application granted and time within which to perfect appeal extended, for ninety days. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.